**Motion Granted; Dismissed and Memorandum Opinion filed April 9, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00184-CV

---

**MARIA SUAREZ, Appellant**

**V.**

**DOW CORNING CORPORATION, CHILI ROBINSON MD, JAMES R. CULLINGTON MD, FRANCIS BURTON MD, SIMON FREDERICKS MD, TOLBERT WILKINSON MD, 21 INTERNATIONAL HOLDINGS FKA KNOLL INTERNATIONAL, MILTON ROWLEY MD, WESLEY WASHBURN MD, PRESTON J. CHANDLER MD, WILSHIRE FOAM PRODUCTS INC., ERNEST CRONIN MD, JAMES PETERSON MD, THOMAS D. CRONIN MD, FRANK J. GEROW MD, GENERAL ELECTRIC COMPANY, and DOW CHEMICAL COMPANY, Appellees**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1992-25394 EB**

---

# M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed January 29, 2013. On March 27, 2013, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App.

P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Brown, Christopher and McCally.